FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

August 11, 2016

No. 04-16-00426-CV

Ignacio **VALENZUELA**,
Appellant

v.

Cruz **RODRIGUEZ**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2015CV05285
Honorable Karen Crouch, Judge Presiding

# O R D E R

This court has determined this appeal is appropriate for referral to alternative dispute resolution (ADR). 4TH TEX. APP. (SAN ANTONIO) LOC. R. 2. All further communications with this court by the parties regarding ADR shall be directed to the clerk of the court.

All parties are ORDERED to respond in writing by August 25, 2016 stating: (1) any objection to mediation; and (2) whether the parties agree on the selection of a mediator and, if so, the name and address of the mediator of their choice.

If the parties agree to mediation and select a mediator, this court will issue an order suspending all appellate deadlines for forty-five days to allow the parties to concentrate on the scheduling and completion of the mediation process.

Is it so **ORDERED** on August 11, 2016.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on August 11, 2016.

_Keith E. Hottle_
Keith E. Hottle, Clerk